Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

---

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

---

Name of Offender: **Kyle Thomas Soltesz**

Case Number: **2:16CR00304**

Name of Sentencing Judicial Officer: **Honorable Jeffrey L Viken**

Date of Original Sentence: **March 1, 2013**

Original Offense: **Conspiracy to Distribute Marijuana**

Original Sentence: **27 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **August 28, 2014**

Date Jurisdiction Transferred to District of Nevada: **November 1, 2016**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

---

## SUMMARY

Mr. Soltesz has requested permission to travel to Okinawa, Japan on business. Mr. Soltesz is currently the Vice President (VP) of Glovalex America Inc, a joint business venture between Japan and the United States. Glovalex America offers small or large businesses solutions for application testing, web development, and smart retailers. The purpose of this trip is for Mr. Soltesz to obtain a better understanding of the Glovalex operations overseas, so that he may bring best practices to the U.S. side. He would be traveling from December 5, 2016, to December 15, 2016, and has secured airfare. The undersigned officer has verified his employment to include the purpose of his travel.

Mr. Soltesz had been compliant for most of his term of supervised release until a couple of months ago when he was arrested for DUI in South Dakota. The offender left the District of Nevada without permission from the undersigned. Mr. Soltesz is currently attending graduate school at UNLV. Even though the offender is currently is violation status, the undersigned respectfully requests that his travel be approved, and that Mr. Soltesz be sanctioned upon his return from Japan.

RE: Kyle Thomas Soltesz

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

_____
Joe Nilo
United States Probation Officer

Approved:

_____
Niquita M. Loftis
2016.12.02 09:39:24 -08'00'

Niquita Loftis
Supervisory United States Probation Officer

## THE COURT ORDERS

☒ Requested Travel is Approved

☐ Requested Travel is Denied

☐ Other

_____
Signature of Judicial Officer

December 2, 2016
Date